■ EDWINA EDWARDS, Respondent, v RICHARD G. EDWARDS, Appellant.—Order unanimously affirmed without costs for reasons stated at Supreme Court, Scudder, J. (Appeal from order of Supreme Court, Steuben County, Scudder, J.—divorce.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.